UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Esther Caraballo Rivera<br><br>　　Plaintiff,<br><br>v.<br><br>Famcoop Minillas<br><br>　　Defendant(s). | CIVIL ACTION<br>**3:17-cv-01023-JAG** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action **WITH PREJUDICE** as to **ALL DEFENDANTS** in this case.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> (a) Voluntary Dismissal.
> 　(1) By the Plaintiff.
> 　(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66
>
> and any applicable federal statute, the plaintiff may dismiss an action
>
> without a court order by filing:
> 　　(i) a notice of dismissal before the opposing party serves either an
> 　　answer or a motion for summary judgment
> 　　***

Defendant have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed **WITH PREJUDICE** and without an

1

Order of the Court. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

In San Juan, Puerto Rico, this 10th day of February 2017

        Respectfully submitted,

**/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
**USDC-PR NO.: 231014**
jcvelezcolon@gmail.com

PO BOX 2013
BAYAMON, PR 00960-2013

TEL: (787) 599-9003

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Esther Caraballo Rivera

   Plaintiff

v.

Famcoop Minillas

   Defendant

Exhibit I

**CIVIL ACTION**
3:17-cv-01023-JAG

## SETTLEMENT AGREEMENT FOR VOLUNTARY ADA COMPLIANCE

1. The Parties have entered into a settlement agreement to voluntarily terminate and conclusively resolve any and all disputes, claims and controversies between them arising from the factual allegations raised in this action or in any manner related directly or indirectly to the same.

2. Within 30 days of the filing of this document, the defendant will modify or establish policies and business procedures to help customers who use wheelchairs, crutches, or other mobility devices, customers with limited manual dexterity, and customers who are blind or who have limited vision tend to experience certain types of access problems in retail establishments, in accordance with the Following Guidelines of the U.S. Department of Justice: https://www.ada.gov/smbusgd.pdf

3. Also, within 30 days of the filing of this document, the Defendant will paint one (1) accessible parking space in accordance with the following Guidelines of the U.S. Department of Justice: https://www.ada.gov/restribr.pdf

4. The defendant will place a sign substantially similar to the image below at its main entrance:



5. The parties agree that the defendant already hired a reasonably qualified consultant in order to complete the structural modifications that are reasonable and feasible.

6. The Parties agree that any future claims and/or complaint will be notified to the defendant prior to the commencement of any action by plaintiff.

7. The Defendant shall pay Plaintiff's attorneys' fees and costs pursuant to 42 U.S.C. Sec. 12205, within five (5) days after filing the Stipulation of Dismissal.

8. The Court will retain jurisdiction of the case to enforce any and all terms of the settlement Agreement.

| **Marco A. Muñiz, doing business as** FAMCOOP MINILLAS<br>Ave Minillas<br>Bayamon, PR 00956<br><br>BY: _/s/ signature_<br>Marco A. Muñiz<br>PRO SE | **JOSE CARLOS VELEZ-COLON, ESQ.**<br>PO BOX 2013<br>BAYAMON, PR 00960<br>Tel.: (787) 599-9003<br><br>Email: jcvelezcolon@gmail.com<br><br>BY: _/s/ signature_<br>JOSE CARLOS VELEZ COLON<br>USDC-PR 231014 |
|---|---|

 

ONE+STUDIO
DESIGN-RENDER-REMODEL

# **INFORME DE INSPECCIÓN DE ACCESIBILIDAD**

**LUGAR: Farmcoop – Fresh Valley**

**FECHA: 28 DE ENERO DE 2017**

**PREPARADO POR: KIOMY LAMB MERCADO, PE**

**INTRODUCCIÓN**

El pasado 28 de enero de 2017, visitamos el local Farmcoop – Fresh Valley para llevar a cabo una evaluación sobre el cumplimiento con los estándares de construcción del "Americans with Disabilities Act" (ADA 2010). El propósito del mismo fue determinar las mejoras que fueran requeridas y evaluar la viabilidad de llevar a cabo la mejoras necesarias, tomando en consideración los costos y factores técnicos.

**HALLAZGOS**

Basado en la inspección efectuada se observa lo siguiente:

A. Baño
   a. Entrada inicial < 32" (28") (404.2.3 ADA 2010).
   b. Entrada segunda <32" (22") (404.2.3 ADA 2010).
   c. Lavamanos no provee "knee and Toe Clearance" (306 ADA 2010).
   d. Papelera de Inodoro está fuera de "reach range" (604.7 ADA 2010).
   e. Llave del lavamanos requiere "tight grasping" (309.4 ADA 2010).
   f. Operadores de puertas hacia el baño requieren "tight grasping" (309.4 ADA 2010)
   g. Fondo del espejo del baño > 40" (603.3 ADA 2010)
   h. Interruptor de luz > 48" (308 ADA 2010).
   i. Inodoro no tiene "back grab bar" (304 ADA 2010)
   j. Inodoro no provee "side grab bar" (304 ADA 2010)
   k. Espacio no provee un Turning Space de 60" en el interior (ADA 304)
B. Interior del local (904 ADA2010)
   a. Área de servicio de Lotería no provee un espacio de 36" de alto (904.4, 904.5 ADA 2010).

- b. Área de carnicería no provee counter de servicio de 36" alto (904.4, 904.5 ADA 2010).
C. Ruta Accesible (ADA 401)
   a. La ruta desde el estacionamiento hasta la entrada principal tiene una rampa que la pendiente que excede 8.33% (1:12) (ADA 405.2).
   b. EL pasamanos de las rampas existentes esta a menos de 34" de altura (32").
   c. Posee pasamanos a solo un lado de la rampa.
D. Estacionamiento (208.2, 502 ADA2010)
   a. Facilidad tiene 22 estacionamientos. Requiere 1 estacionamiento de impedidos, van accesible (502.2 ADA 2010).
   b. Pendiente de estacionamiento excede el 2% (ADA 502.4).
   c. Estacionamiento no provee estacionamiento de "van". Basado en 208 se requiere un estacionamiento accesible, no obstante, ADA 208.2.4 requiere al menos 1 para "van". Estacionamiento identificado no cumple, provee espacio (16 ft total) para estacionamiento y "access aisle". (ADA 502.2).
   d. No hay rótulo de estacionamiento de impedido ni identificando como "van accesible" (ADA 502.6).

## RECOMENDACIONES

A. Baño (Mejoras propuestas a mediano plazo)
   a. Remover almacén ocupando espacio del baño para ampliar el mismo y provea la dimensiones interiores.
   b. Relocalización de inodoro hacia el extremo izquierdo del baño, en donde el centro del mismo este entre 16"-18" de la pared lateral.
   c. Instalación de barra de apoyo trasera de 36" y una lateral de 42" instalada conforme las figuras 604.5.1 y 604.5.2.



   d. Relocalizar papelera para que ubique según la figura 604.7 del ADA.



e. Sustitución de lavamanos por uno que provea los espacios adecuados para el "knee and toe clearance". Tener cuidado en mantener la altura máxima de 34" al tope del lavamanos.



f. Sustitución de la llave del lavamanos a unos que no requiera agarre o rotación de la manos, ni fuerza mayor de 5 lbs. (ver ejemplo a continuación):



g. Bajar la altura del espejo para que la parte inferior de la parte reflectiva esté a una altura no mayor de 40".
h. Ambas puertas de entrada deben proveer el ancho mínimo requerido de 32" y proveer el "maneuvering clearance" adecuado de ser

posible. Este particular pudiese ser estructuralmente impráctico pero deberá evaluarse por un ingeniero estructural.

    i. Con relación al radio de giro, se entiende que con la relocalización del inodoro el mismo quedara provisto dentro del espacio del bano.

B. Interior del local (904 ADA2010) (Mejoras inmediatas)

    a. Se deberá proveer un área del "counter" de accesible a personas con impedimentos en el área de jugar loto . El mismo deberá tener no mas de 36" de alto y 36" de largo y contar con un "floor clearance" de 30" x 48"

    b. En el área de la carnicería no se provee espacion suficiente para un counter de 36". Por lo que se recomienda incluir un botón de servicio.

C. Entrada y Ruta Accesible (ADA 401)

    a. Como parte de un "transition plan" se propone atender la pendiente de la ruta accesible desde el estacionamiento ,ya que se requiere de una reconstrucción de la rampa de entrada para poder llevarla a cumplimiento. De manera inmediata de deberá proveer nuevos pasamos (en conformidad con 505) en ambos lados de la rampa en donde la altura de la misma este entre 34"-38".



D. Estacionamiento

    a. Proveer estacionamiento de "van" con las dimensiones adecuadas según la figura 502.2, en donde el carril de acceso tiene 60" y el estacionamiento tiene 11ft.



b. Se propone relocalizar el estacionamiento de impedido en lado izquierdo de la entrada principal para permitir que se pueda proveer una rampa de impedido adecuada que comience donde ubica el estacionamiento.



c. Colocar en el rótulo de de estacionamiento la identificación como "van accesible" (ADA 502.6)



Nota 1: La ruta accesible desde el estacionamiento de impedido existente no se considerara parte de la ruta accesible una vez relocalizado el estacionamiento.

Nota 2: Con relación a la pendiente del estacionamiento, que excede el 2%, el mismo se recomienda se tome como estructuralmente impráctico debido a que se ve afectado por la pendiente natural de la calle.

Certifico Correcto,

